UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES CORSON,<br><br>       Plaintiff<br>v.<br><br>ACCOUNTS RECEIVABLE MANAGEMENT, INC.,<br><br>       Defendant | Case No.: 1:13-cv-01903-JEI-AMD |

**7.1 CORPORATE DISCLOSURE STATEMENT**

Please check one :

**XXXX**       The non-governmental corporate party, ACCOUNTS RECEIVBALE MANAGEMENT, INC., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

_____       The non governmental corporate party, _____
in the above listed civil action has the following parent corporation(s) and publicly held corporation that owns 10% or more of its stock:

                                        Respectfully Submitted.
                                        **MAURICE & NEEDLEMAN, P.C.**

                                        */s/ Joann Needleman*
                                        Joann Needleman
                                        935 One Penn Center
                                        1617 JFK Blvd
                                        Philadelphia, PA 19103
                                        Direct (215) 789-7151
                                        Fax (215) 563-8970
                                        *Attorneys for Defendant, Accounts Receivable Management, Inc*

Date:  April 29, 2013

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHARLES CORSON,<br><br>                    Plaintiff<br>v.<br><br>ACCOUNTS RECEIVABLE MANAGEMENT, INC.,<br><br>                    Defendant | Case No.: 1:13-cv-01903-JEI-AMD |

<u>**CERTIFICATION OF SERVICE**</u>

    I, JOANN NEEDLEMAN, ESQUIRE, hereby certify that on April 28, 2013, a true and correct copy of the attached 7.1 Corporate Disclosure Statement was served upon the persons and in the manner set forth below:
**FIRST CLASS MAIL, POSTAGE PREPAID, AS WELL AS ELECTRONICALLY IF APPLICABLE**, to:

Bruce K. Warren, Esq.
Warren Law Group, P.C.
58 Euclid Street
Woodbury, NJ 08096

                              Respectfully submitted,
                              **MAURICE & NEEDLEMAN, P.C.**

                              /s/Joann Needleman, Esquire_____
                              JOANN NEEDLEMAN, ESQUIRE
                              935 One Penn Center
                              1617 John F. Kennedy Boulevard
                              Philadelphia, PA 19103
                              (215) 789-7151
                              (215) 563-8970 fax
                              joann@mnlawpc.com
                              *Attorney for Defendant, Accounts*
                              *Receivable Management, Inc.*

Date: April 28, 2013