UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES CORSON,<br><br>            Plaintiff,<br><br>     v.<br><br>ACCOUNTS RECEIVABLE<br>MANAGEMENT, INC.<br>            Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 13-01903<br>          (JEI/AMD)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT ACCOUNTS RECEIVABLE MANAGEMENT, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS (Dkt. No. 7)** |

**APPEARANCES:**

WARREN LAW GROUP, P.C.
By:  Bruce K. Warren, Esquire
58 Euclid Street
Woodbury, New Jersey 08096
          Counsel for Plaintiff

MAURICE & NEEDLEMAN PC
By:  Joann Needleman, Esquire
935 One Penn Center
1617 JFK Boulevard
Philadelphia, Pennsylvania 19103
          Counsel for Defendant


**IRENAS**, Senior District Judge:

        This matter having appeared before the Court upon Defendant Accounts Receivable Management, Inc.'s Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) (Dkt. No. 7), the Court having considered the submissions of the

parties, and for the reasons set forth in an Opinion issued on even date herewith, and for good cause appearing,

**IT IS** on this 8th day of August, 2013,

**ORDERED THAT**:

(1) Defendant Accounts Receivable Management, Inc.'s Motion for Judgment on the Pleadings is hereby **DENIED** as to the FDCPA claims pursuant to §§ 1692d and 1692d(5) (Count I), and the common law claim for intrusion upon seclusion (Count III).

(2) Defendant Accounts Receivable Management, Inc.'s Motion for Judgment on the Pleadings is hereby **GRANTED** as to the FDCPA claim pursuant to § 1692c(a)(1) (Count I), and the TCPA claim (Count II), and the claims are hereby **DISMISSED WITH PREJUDICE**.

(3) Defendant Accounts Receivable Management, Inc.'s Motion for Judgment on the Pleadings is hereby **GRANTED** as to the FDCPA claims pursuant to §§ 1692e, 1692e(10) and 1692f (Count I), and the claims are hereby **DISMISSED WITHOUT PREJUDICE**.

(4) Plaintiff is hereby **GRANTED LEAVE** within 30 days of the date of this Order, to file a Motion to Amend the

Complaint.  The motion shall have attached to it the proposed Amended Complaint in its entirety.

                                                    /s/ Joseph E. Irenas

                                                  **Joseph E. Irenas, S.U.S.D.J.**