UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY (CAMDEN)

| | |
|---|---|
| CHARLES CORSON,<br><br>                Plaintiff<br>v.<br><br>ACCOUNTS RECEIVABLE<br>MANAGEMENT, INC.,<br><br>                Defendant | Case No.: 1:13-cv-01903-JEI-AMD |

**STIPULATION TO DISMISS THE PLAINTIFF'S COMPLAINT WITH PREJUDICE**

Plaintiff, Charles Corson, by and through his counsel, Bruce Warren, Esq., and Accounts Receivable Management, Inc., (ARM) by and through its counsel, Joann Needleman, Esq., do hereby stipulate and agree to dismiss the Plaintiff's Complaint in its entirety with prejudice and without costs and fees.

/s/ Joann Needleman
Joann Needleman, Esq
Maurice & Needleman, P.C.
935 One Penn Center
1617 JFK Blvd
Philadelphia, PA 19103
joann@mnlawpc.com

Date: September 16, 2013

/s/ Bruce Warren
Bruce Warren, Esq.
Warren Law Group, LLP
58 Euclid Street
Woodbury, NJ 08096
bruce@warren-lawfirm.com

Date: September 16, 2013

SO ORDERED. The Clerk of Court is hereby directed to CLOSE THIS FILE.

September 17, 2013

BY THE COURT:

_____
Joseph E. Irenas, S.U.S.D.J.